UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JULIE K. WRIGHT,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

CASE NO. C18-5558-BAT

**ORDER REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS**

This case is before the Court on remand from the Court of Appeals for the Ninth Circuit. That Court granted the Commissioner's unopposed motion to vacate and remand. Dkt. 21. Pursuant to that order, this case is REMANDED to the Commissioner for further administrative proceedings consistent with the Supreme Court's decision in *Carr v. Saul*, __ U.S. __, 141 S. Ct. 1352, __ L. Ed. 2d __ (2021).

DATED this 11th day of June, 2021.

                                              BRIAN A. TSUCHIDA
                                              United States Magistrate Judge